■ Frances Martinez, Appellant, v Jewish Home and Hospital et al., Respondents, et al., Defendants. [45 NYS3d 790]— Order, Supreme Court, New York County (James E. d'Auguste, J.), entered September 9, 2015, which granted the motion of defendants the Jewish Home and Hospital and Montefiore Medical Center for summary judgment dismissing the complaint as against them, and denied plaintiff's cross motion for summary judgment as to liability against the moving defendants, unanimously affirmed, without costs.

Plaintiff failed to establish a violation of her right of sepulcher. As plaintiff concedes, the moving defendants promptly informed her of the decedent's death, and made contact with her several times about retrieving his corpse, but she simply failed to do so (*see Melfi v Mount Sinai Hosp.*, 64 AD3d 26, 31 [1st Dept 2009]).

We have considered plaintiff's remaining contentions and find them unavailing. Concur—Sweeny, J.P., Acosta, Moskowitz, Kapnick and Kahn, JJ.